**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **KENNETH FERGUSON,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. TDC-14-3613** |
| ) | |
| **PRINCE GEORGE'S COUNTY,** ) | |
| **MARYLAND,** *et al.* ) | |
| ) | |
|     **Defendants.** ) | |

**MEMORANDUM OPINION AND ORDER**

Defendants Officer Terrance Walker and Prince George's County, Maryland submit before this Court their Supplemented Motion To Compel ("the Motion") (ECF No. 58). Plaintiff Kenneth Ferguson has not submitted a response to the Motion. The Court has reviewed the Motion and applicable law. No hearing is deemed necessary. *See* Local Rule 105.6 (D. Md.). For the reasons presented below, the Court GRANTS IN PART the Motion.

**FACTUAL AND PROCEDURAL BACKGROUND**

The Court hereby adopts the factual and procedural background laid out in the Memorandum Opinion for this case dated November 9, 2016 (ECF No. 57).

**DISCUSSION**

Defendants served Plaintiff with twenty-nine (29) interrogatories and nineteen (19) requests for production of documents. Defs.' Ex. 1.1-1.2. The Court has reviewed the discovery request submitted by Defendants. The Court DENIES Interrogatory No. 23 as not being relevant to either the claims or defenses of the parties. The remainder of the requested interrogatories are relevant and discoverable. Plaintiff has not filed an opposition to Defendants' discovery requests. Even if Plaintiff had provided an opposition to the Motion, any objections therein

1

would be considered waived.  If a party fails to timely serve objections and responses to discovery requests, the party waives any objections unless the Court finds good cause to excuse the failure to respond.  Fed. R. Civ. P. 33(b)(4).  Defendants' supplemental motion will therefore be granted in part.

## CONCLUSION

Based on the foregoing, the Court GRANTS IN PART the Motion.


November 22, 2016                                              /s/
                                              Charles B. Day
                                              United States Magistrate Judge



CBD/xl